| | |
|---|---|
| 1 | Manfred Muecke (SBN: 222893) |
| 2 | mmuecke@manfredapc.com |
| 3 | **MANFRED, APC** |
|   | 600 West Broadway, Suite 700 |
| 4 | San Diego, CA 92101 |
| 5 | Telephone: (619) 550-4005 |
|   | Facsimile: (619) 550-4006 |
| 6 | |
| 7 | Additional Attorneys Listed on Signature Page |
| 8 | Attorneys for Plaintiff Philip Johnson |
| 9 | and the putative class |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JOHNSON, individually and on behalf of all others similarly situated, | **Case No.: 22-CV-00518-AJB-AHG** |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | |
| UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, and GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 20, inclusive, | |
| Defendants | |

Pursuant to Local Rule 40.1(f), Plaintiff Philip Johnson ("Plaintiff") respectfully submits this Notice of Related Case to this Court and Defendants United States Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company, and Garrison Property & Casualty Insurance Company (collectively, "Defendants").

Plaintiff reasonably believes the following cases may be deemed related to this matter under Local Rule 40.1(g)(3) as involving "substantially the same facts and the same questions of law."

- *Minerva Chavez, et al. v. Allstate Northbrook Indemnity Company*; No. 22-cv-00166-AJB-AHG; filed Feb. 4, 2022
- *Sarah Blain, et al. v. Liberty Mutual Fire Insurance Company*; No. 22-cv-00970-RBM-NLS; filed July 1, 2022

The *Chavez* action and this matter are both currently presided over by the Hon. Anthony J. Battaglia and Magistrate Judge Allison H. Goddard. The *Blain* action is presided over by the Hon. Ruth Bermudez Montenegro and Magistrate Judge Nita L. Stormes. The respective plaintiffs in each of these matters set forth class-wide allegations concerning automobile insurance premiums and premium relief following the onset of the COVID-19 pandemic. Moreover, all three matters further assert substantially the same causes of action.

As the *Chavez* action and this matter are both presided over by this Court, the Court may find judicial economies and efficiencies realized by an assignment of the *Blain* matter to this Court. Plaintiff otherwise has no opinion to these related cases and does not move this Court to relate the *Blain* matter.

| | | |
|---|---|---|
| 1 | Dated: August 16, 2022 | By:    s/*Manfred P. Muecke* |
| 2 | | Manfred Muecke |
| | | mmuecke@manfredapc.com |
| 3 | | **MANFRED, APC** |
| | | 600 West Broadway, Suite 700 |
| 4 | | San Diego, CA 92101 |
| | | Telephone: (619) 550-4005 |
| 5 | | Facsimile: (619) 550-4006 |

Matthew H. Morgan (admitted pro hac vice)
morgan@nka.com
Robert L. Schug (SBN: 249640)
schug@nka.com
Chloe A. Raimey (admitted pro hac vice)
craimey@nka.com
**NICHOLS KASTER, PLLP**
4700 IDS Center
80 S. 8th Street
Minneapolis, MN, 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878

Attorneys for Plaintiff Philip Johnson
and the putative class