1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Manfred Muecke, CA State Bar No. 222893
mmuecke@manfredapc.com
MANFRED, APC
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 550-4005
Facsimile: (619) 550-4006

Additional Attorneys Listed on Signature Page

Attorneys for Plaintiff Philip Johnson
and the putative class.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY, and GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No.:** 22-CV-0518-AJB-AHG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1
2   Plaintiff PHILIP JOHNSON, by and through the undersigned counsel, hereby

gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above-

3   captioned matter is hereby voluntarily dismissed without prejudice.

4

5   Dated: October 20, 2022

6

7                              By:    s/*Manfred P. Muecke*

8                                     Manfred Muecke, CA State Bar No. 222893
                                      mmuecke@manfredapc.com
9                                     MANFRED, APC
                                      600 West Broadway, Suite 700
10                                    San Diego, CA 92101
                                      Telephone: (619) 550-4005
11                                    Facsimile: (619) 550-4006

12
                                      Matthew H. Morgan, MN State Bar No.0304657*
13                                    morgan@nka.com
                                      Robert L. Schug, CA State Bar No. 249640
14                                    schug@nka.com
                                      NICHOLS KASTER, PLLP
15                                    4700 IDS Center
                                      80 S. 8th Street
16                                    Minneapolis, MN, 55402
                                      Telephone: (612) 256-3200
17                                    Facsimile: (612) 338-4878

18
                                      Ryan F. Stephan, IL State Bar No. 6273101*
19                                    rstephan@stephanzouras.com
                                      James B. Zouras, IL State Bar No. 6230596*
20                                    jzouras@stephanzouras.com
                                      Teresa M. Becvar, IL State Bar No. 6312328*
21                                    tbecvar@stephanzouras.com
                                      STEPHAN ZOURAS, LLP
22                                    100 N. Riverside Plaza, Suite 2150
                                      Chicago, IL 60606
23                                    Telephone: (312) 233-1550
                                      Facsimile: (312) 233-1560
24

25
                                      *Admitted *Pro hac vice*
26

27                                    Attorneys for Plaintiff Philip Johnson
                                      and the putative class.
28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2022, I caused a true and correct copy of the foregoing Notice of Voluntary Dismissal to be filed electronically with the Clerk of Courts using the CM/ECF system which will send notification of such filing to all counsel of record on the Electronic Mail Notice List.

_____